Opinion filed December 8,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-03-00129-CV 

                                                    __________

 

                     COMBUSTION
ENGINEERING, INC., Appellant

 

                                                             V.

 

      ROBERT HUTCHINSON
AND JOYCE HUTCHINSON, Appellees



 

                                   On
Appeal from the 32nd District Court

                                                            Nolan
County, Texas

                                                     Trial
Court Cause No. 18,215

 



 

                                            M E M O R A N
D U M   O P I N I O N

 

            Appellees
have filed in this court a motion to dismiss this appeal, which was suspended
in 2003 due to appellant’s bankruptcy.  Appellees state in their motion that “[t]he
parties have reached an agreement and have settled and compromised their
differences in the suit.”  Appellant has notified this court that it does not
oppose the motion to dismiss.  Therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a).  

            The
motion is granted, and the appeal is dismissed.  

 

December 8, 2011                                                                   PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.